**O**
**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

OPERATING ENGINEERS LOCAL 501
SECURITY FUND et al,

                Plaintiffs,

    v.

ABLE ENGINEERING SERVICES,
et al.,

              Defendant

Case No. 2:13-cv-4430-ODW(JEMx)
**ORDER DISMISSING CASE**

On July 22, 2013, the Court ordered Plaintiffs to show cause why the case should not be dismissed for lack of prosecution.  Defendant was served on June 28, 2013, and its answer to the Complaint was due on July 19, 2013.  But instead of filing a request for entry of default, Plaintiffs entered into a stipulation with Defendant under Local Rule 8-3, to extend the time for Defendant to answer.  This is an inappropriate response to the OSC and exemplifies Plaintiffs' lack of diligence in this matter. Therefore, the Court hereby **DISMISSES** this case for lack of prosecution.

    **IT IS SO ORDERED.**

    July 30, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**